**SO ORDERED.**
SIGNED this 6th day of April, 2016

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   TIMOTHY RAY SANDS              #15-32584-SHB
         TRACY DAVIS SANDS                Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY ARMY & AIR FORCE EXCHANGE SERVICES

No response having been filed in opposition to the Trustee's Objection to claim filed by ARMY & AIR FORCE EXCHANGE SERVICES, it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the secured claim filed by ARMY & AIR FORCE EXCHANGE SERVICES in the amount of $4,137.81 shall be paid as a general unsecured claim.   This order does not avoid the lien status, if any, of this creditor.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney  (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995